UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings, Inc. as Plan Administrator, and Lehman Brothers Special Financing, Inc.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**Wellmont Health System,**<br><br>    **Defendant.** | 1:14-cv-01083-(LGS) |

**CORPORATE OWNERSHIP STATEMENT OF WELLMONT HEALTH SYSTEM**

Wellmont Health System ("Wellmont"), by its undersigned counsel, under Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, hereby states that no entity directly or indirectly owns 10% or more of Wellmont. Accordingly, there are no entities to report under Rule 7007.1.

Dated: February 28, 2014     By:

/s/ Sean Michael Solomon
Sean Michael Solomon (*pro hac vice*)
Patrick Darby (*pro hac vice*)
Stewart M. Cox (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:     (205) 521-8000
Facsimile:     (205) 521-8800

*Attorneys for Defendant Wellmont Health System*

CERTIFICATE OF SERVICE

  I hereby certify that on February 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  David Sherman Cohen
  Milbank Tweed Hadley & McCloy
  1850 K Street, NW
  Washington, DC  20006-5417
  dcohen2@milbank.com

            /s/ Sean Michael Solomon
             Sean Michael Solomon