UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lehman Brothers Holdings Inc., as Plan Administrator, and Lehman Brothers Special Financing Inc.,

        Plaintiffs,

v.

Wellmont Health System,

        Defendant.

Civil Action No.: 1:14-cv-01083-(LGS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/14

## STIPULATION AND AGREED ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO WITHDRAW THE REFERENCE

WHEREAS, on November 26, 2013, Plaintiffs Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and Lehman Brothers Special Financing Inc. ("LBSF") filed a complaint (the "Complaint") commencing an adversary proceeding [Adv. Proc. No. 13-01719 (SCC)] (the "Adversary Proceeding") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") against defendant Wellmont Health System (the "Defendant" and collectively with LBHI and LBSF, the "Parties");

WHEREAS, on February 11, 2014, the Bankruptcy Court entered a stipulation and order in the Adversary Proceeding that, among other things, allowed the Defendant to file a motion to withdraw the reference on or before February 20, 2014;

WHEREAS, on February 20, 2014, the Defendant filed in the Adversary Proceeding the Notice of Wellmont Health System's Motion to Withdraw the Reference and an

-

accompanying Memorandum of Law [Adv. Pro. Dkt. No. 13] (collectively, the "Motion to Withdraw the Reference");

WHEREAS, on February 20, 2014, the Motion to Withdraw the Reference was docketed in this Court, commencing the above-captioned action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel, subject to the approval of the Court, that:

1. The Plaintiffs will file an objection to the Defendant's Motion to Withdraw the Reference (the "Objection") on or before March 21, 2014.

2. The Defendant may file a reply to the Plaintiffs' Objection on or before April 4, 2014.

Dated:   Birmingham, AL
         March 3, 2014

/s/ Stewart M. Cox
J. Patrick Darby
Stewart M. Cox
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

*Counsel to Defendant Wellmont Health System*

Dated:   Washington, DC
         March 3, 2014

/s/ David S. Cohen
David S. Cohen
Nicholas A. Bassett
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1850 K Street, NW
Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

*Counsel to Plaintiffs Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.*

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: March  5 , 2014
New York, New York

2