# MILBANK, TWEED, HADLEY & McCLOY LLP

INTERNATIONAL SQUARE BUILDING

1850 K STREET, NW, SUITE 1100

WASHINGTON, D.C. 20006

202-835-7500

FAX: 202-835-7586

DAVID S. COHEN
PARTNER
DIRECT DIAL NUMBER
202-835-7517
FAX
202-263-7517
E-MAIL: dcohen2@milbank.com

NEW YORK
212-530-5000
FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

LONDON
44-20-7615-3000
FAX: 44-20-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5969-2700
FAX: 8610-5969-2707

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-5410-2801
FAX: 813-5410-2891

SÃO PAULO
55-11-3927-7700
FAX: 55-11-3927-7777

April 4, 2014

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
40 Foley Square
New York, New York 10007

     Re:    *In re Lehman Brothers Holdings Inc., et al.*, Civil Action No. 1:14-cv-01083-LGS (S.D.N.Y.)

Dear Judge Schofield:

     We are counsel for Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and Lehman Brothers Special Financing Inc. ("LBSF" and together with LBHI, "Lehman") in the above-referenced action between Lehman and Wellmont Health System ("Wellmont"). This Action arises from the Motion to Withdraw the Reference [Dkt. No. 1] (the "Motion") that Wellmont filed on February 20, 2014.

     In accordance with Your Honor's individual practices, we write on behalf of Lehman to respectfully request oral argument in regards to the Motion. Wellmont has chosen not to join in this request.

Very truly yours,

*[signature]*

David S. Cohen